United States District Court
Western District of Wisconsin

United States of America,
Plaintiff / Appelle,

v.

Case No. 20-cv-812-JDP
18-cr-70-JDP

Darius Williams,
Defendant / Appellant

## Notice of Appeal

Notice is Hereby Given that the Defendant, Darius Williams, Pro-Se wishes to Appeal to the Seventh Circuit Court of Appeals this Court's Denial Order Dated January 6th, 2021 (Doc. #8).

Date: February 2, 2021

Respectfully Submitted,

Darius Williams #11373-090
Defendant / Appellant - Pro Se